E-FILED
Friday, 01 September, 2006 03:55:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

SEP 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DAMONI Clemon

K 83753

Plaintiff,

vs.

John AtteBerry et al

Defendant(s)

No. 06-3195
(Supplied by Clerk)

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS

I, DAMONI CLemon plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one)  Single _____  Married __✓__ Separated _____  Divorced _____

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✓)

B. If so, by whom, what is your position, and what is your pay?

_____

_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

11-1-02 Employed T.A. TruckStop MAintentance - $345.00 - BIWKLY

D. Have you received money from any other source, including judgments, in the last 6 months? Yes (✓) No ( ) If yes, describe each source and state how much you received.

REFund of Bond Amount

_____

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? 70.00 Approximate

*Please Complete And Return To me,
For Court use. Thank You* Damont Clem
K 83753
1 A 74

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT T
PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum c
$ 54,64 _____ in his trust account at the correctional center where he i
confined. I further certify that the plaintiff or petitioner has the following securite
to his credit according to the records of this institution:

_____ Not known _____

_____

_____

_____

_____

_____


*Beverley J Engellvelt*
(Authorized Officer)

Western Illinois Correctional Center
(Institution)

Trust Fund Officer
(Title)

DATE April 17, 2006

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S
TRUST FUND ACCOUNT.

F. If withdrawals were made from your institutional trust fund account during past 6 months, please explain when, how much, and the purpose for which funds were us

$5,000°° FROM BOND SLIP USED PAY BILLS — TRUST FUND

office HAS copies of CASH SLIPS TO PAY BILLS.

G. How much money do you have in private checking or savings accounts?

None

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (✓) No ( )

If yes, describe the property and its approximate value:

T.V. $100°°    Radio: $20°°

I. Do you have any debts or obligations? Yes ( ✓ ) No ( }

If yes, list the amount owed, to whom, and any current payments that you are making.

Rent: Tim Virgil 12,000°° Past Due Rent Owed To

Landlord — Statewide Properties $8,000°° Rent To Owen

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

Son—Imari Clemon—5yrs old Approx 20°° mo

Lenard Clemon — 8yrs old Approx $20°° mo

Average $20°° Per Month For Butit

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributions to them.

They Are Minors And Have No Direct Income

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

SIGNATURE  Damon Clemon K83753  DAMON CLEMON K83753

DATE  4-16-06

2

Date: 4/17/2006
3.06-cv-03195-HAB-CHE    # 1    Western Illinois Correctional Center
Time:    10:16am
d_list_inmate_trans_statement_composite
Trust Fund
Inmate Transaction Statement
Page 1

REPORT CRITERIA  -  Date: 10/01/2005 thru End;    Inmate: K83753;    Active Status Only ? : No;    Print
Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include
Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: K83753 Clemon, Damoni**                     **Housing Unit: WIL-01-A -74**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|-----------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 0.00 |
| 10/26/05 | Mail Room | 04 Intake and Transfers In | 299215 | 125624 | Stateville C.C. | 20.12 | 20.12 |
| 10/27/05 | Mail Room | 01 MO/Checks (Not Held) | 300215 | 4725028090 | Owens, Kansandra | 50.00 | 70.12 |
| 11/02/05 | Point of Sale | 60 Commissary | 306751 | 468173 | Commissary | -59.61 | 10.51 |
| 11/03/05 | Mail Room | 01 MO/Checks (Not Held) | 307215 | 4725221906 | Poole, Monica | 20.00 | 30.51 |
| 11/09/05 | Point of Sale | 60 Commissary | 313751 | 469263 | Commissary | -28.29 | 2.22 |
| 11/10/05 | Payroll | 20 Payroll Adjustment | 314150 | | P/R month of 10/2005 | 6.46 | 8.68 |
| 11/14/05 | Disbursements | 90 Medical Co-Pay | 318333 | Chk #76032 | 5115, DOC: 523 Fund Reimbursem, Inv. Date: 10/17/2005 | -2.00 | 6.68 |
| 11/22/05 | Mail Room | 01 MO/Checks (Not Held) | 326215 | 08418173827 | Poole, M. | 50.00 | 56.68 |
| 11/22/05 | Mail Room | 01 MO/Checks (Not Held) | 326215 | 08418173826 | Poole, M. | 50.00 | 106.68 |
| 11/22/05 | Mail Room | 01 MO/Checks (Not Held) | 326215 | 08418173825 | Poole, M. | 50.00 | 156.68 |
| 11/23/05 | Mail Room | 01 MO/Checks (Not Held) | 327215 | 9072017601 | Johnson, Phyllis | 50.00 | 206.68 |
| 11/29/05 | Disbursements | 84 Library | 333333 | Chk #76224 | 5525, DOC: Library Copies, Inv. Date: 11/21/2005 | -.65 | 206.03 |
| 11/30/05 | Point of Sale | 60 Commissary | 334704 | 471706 | Commissary | -197.29 | 8.74 |
| 12/06/05 | Point of Sale | 60 Commissary | 340772 | 472612 | Commissary | -7.40 | 1.34 |
| 12/07/05 | Mail Room | 01 MO/Checks (Not Held) | 341215 | 08418173938 | Pock, Moni | 30.00 | 31.34 |
| 12/09/05 | Payroll | 20 Payroll Adjustment | 343133 | | P/R month of 11/2005 | 10.00 | 41.34 |
| 12/13/05 | Disbursements | 80 Postage | 347333 | Chk #76453 | 5737, DOC: 523 Fund Reimbursem, Inv. Date: 12/09/2005 | -.60 | 40.74 |
| 12/13/05 | AP Correction | 80 Postage | 347533 | Chk #76453 Voided | 5737 - DOC: 523 Fund Reimburse | .60 | 41.34 |
| 12/13/05 | Disbursements | 80 Postage | 347333 | Chk #76454 | 5737, DOC: 523 Fund Reimbursem, Inv. Date: 12/09/2005 | -.60 | 40.74 |
| 12/14/05 | Point of Sale | 60 Commissary | 348772 | 473632 | Commissary | -35.61 | 5.13 |
| 01/12/06 | Payroll | 20 Payroll Adjustment | 012153 | | P/R month of 12/2005 | 10.00 | 15.13 |
| 01/12/06 | Mail Room | 01 MO/Checks (Not Held) | 012215 | 4773390021 | Clemon, Kausandra | 50.00 | 65.13 |
| 01/12/06 | Mail Room | 01 MO/Checks (Not Held) | 012215 | 31303 | Circuit Clerk Of McLean Co. | 5,775.63 | 5,840.76 |
| 01/13/06 | Point of Sale | 60 Commissary | 013772 | 476111 | Commissary | -230.29 | 5,610.47 |
| 01/13/06 | Disbursements | 88 Bills | 013333 | Chk #76782 | 6074, POOLE, MONICA, Inv. Date: 01/13/2006 | -5,000.00 | 610.47 |
| 01/20/06 | Disbursements | 84 Library | 020333 | Chk #76869 | 6047, DOC: Library Copies, Inv. Date: 01/11/2006 | -.50 | 609.97 |
| 01/20/06 | Disbursements | 81 Legal Postage | 020333 | Chk #76879 | 6018, DOC: 523 Fund Reimbursem, Inv. Date: 01/05/2006 | -.37 | 609.60 |
| 01/20/06 | Disbursements | 81 Legal Postage | 020333 | Chk #76879 | 6059, DOC: 523 Fund Reimbursem, Inv. Date: 01/12/2006 | -.39 | 609.21 |
| 02/03/06 | Point of Sale | 60 Commissary | 034772 | 478805 | Commissary | -139.29 | 469.92 |
| 02/08/06 | Disbursements | 81 Legal Postage | 039353 | Chk #77053 | 6156, DOC: 523 Fund Reimbursem, Inv. Date: 01/23/2006 | -.39 | 469.53 |
| 02/08/06 | Disbursements | 81 Legal Postage | 039353 | Chk #77053 | 6187, DOC: 523 Fund Reimbursem, Inv. Date: 01/24/2006 | -1.35 | 468.18 |
| 02/08/06 | Disbursements | 81 Legal Postage | 039353 | Chk #77053 | 6187, DOC: 523 Fund Reimbursem, Inv. Date: 01/24/2006 | -1.35 | 466.83 |
| 02/08/06 | Disbursements | 84 Library | 039353 | Chk #77054 | 6158, DOC: Library Copies, Inv. Date: 01/23/2006 | -3.80 | 463.03 |
| 02/09/06 | Point of Sale | 60 Commissary | 040720 | 479737 | Commissary | -88.61 | 374.42 |
| 02/09/06 | Point of Sale | 60 Commissary | 040720 | 479739 | Commissary | -37.86 | 336.56 |
| 02/10/06 | Payroll | 20 Payroll Adjustment | 041133 | | P/R month of 01/2006 | 10.00 | 346.56 |
| 03/01/06 | Disbursements | 84 Library | 060333 | Chk #77308 | 6498, DOC: Library Copies, Inv. Date: 02/22/2006 | -3.35 | 343.21 |

05-HAB-CHE          # 1   Western Illinois Correctional Center
**Trust Fund**

d_list_inmate_trans_statement_composite          Inmate Transaction Statement

REPORT CRITERIA  -  Date: 10/01/2005 thru End;     Inmate: K83753;     Active Status Only ? : No;     Print
Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include
Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: K83753 Clemon, Damoni**                          **Housing Unit: WIL-01-A -74**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 03/01/06 | Disbursements | 81 Legal Postage | 060333 | Chk #77320 | 6449, DOC: 523 Fund Reimbursem, Inv. Date: 02/16/2006 | -4.83 | 338.38 |
| 03/01/06 | Point of Sale | 60 Commissary | 060704 | 481362 | Commissary | -69.19 | 269.19 |
| 03/02/06 | AP Correction | 81 Legal Postage | 061533 | Chk #77320 Voided | 6449 - DOC: 523 Fund Reimburse | 4.83 | 274.02 |
| 03/06/06 | Disbursements | 80 Postage | 065333 | Chk #77389 | 6590, DOC: 523 Fund Reimbursem, Inv. Date: 03/01/2006 | -.63 | 273.39 |
| 03/06/06 | Disbursements | 81 Legal Postage | 065333 | Chk #77389 | 6449, DOC: 523 Fund Reimbursem, Inv. Date: 02/16/2006 | -4.83 | 268.56 |
| 03/08/06 | Point of Sale | 60 Commissary | 067772 | 482335 | Commissary | -56.20 | 212.36 |
| 03/10/06 | Payroll | 20 Payroll Adjustment | 069133 | | P/R month of 02/2006 | 9.52 | 221.88 |
| 03/16/06 | Disbursements | 84 Library | 075350 | Chk #77529 | 6631, DOC: Library Copies,     Inv. Date: 03/06/2006 | -.95 | 220.93 |
| 03/16/06 | Disbursements | 80 Postage | 075350 | Chk #77530 | 6751, DOC: 523 Fund Reimbursem, Inv. Date: 03/14/2006 | -.24 | 220.69 |
| 03/20/06 | Point of Sale | 60 Commissary | 079772 | 483853 | Commissary | -80.64 | 140.05 |
| 03/29/06 | Point of Sale | 60 Commissary | 088772 | 485212 | Commissary | -47.22 | 92.83 |
| 04/03/06 | Disbursements | 84 Library | 093350 | Chk #77681 | 6819, DOC: 523 Fund Library,     Inv. Date: 03/28/2006 | -3.55 | 89.28 |
| 04/03/06 | Disbursements | 81 Legal Postage | 093350 | Chk #77686 | 6811, DOC: 523 Fund Inmate Rei, Inv. Date: 03/27/2006 | -4.29 | 84.99 |
| 04/04/06 | Point of Sale | 60 Commissary | 094772 | 486014 | Commissary | -65.64 | 19.35 |
| 04/06/06 | Mail Room | 01 MO/Checks (Not Held) | 096215 | 4809434345 | Clemon, Danny | 50.00 | 69.35 |
| 04/11/06 | Point of Sale | 60 Commissary | 101772 | 486842 | Commissary | -24.71 | 44.64 |
| 04/14/06 | Payroll | 20 Payroll Adjustment | 104133 | | P/R month of 03/2006 | 10.00 | 54.64 |

| | |
|---|---|
| **Total Inmate Funds:** | 54.64 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 54.64 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

E-FILED
Friday, 01 September, 2006  03:55:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DAMONI CLEMON )
_____ )
Plaintiff )
)
)
vs. )            Case No. 06-3195
JOHN ATTEBERRY, WM YODER )
PAUL WILLIAMS, JAMES TUSEK )       DEFENDANTS ARE SUED AS INDIVIDUAL
MATTHEW DICK, AMY JOHNSON DAVIS )   AND IN THEIR OFFICIAL CAPACITIES FOR
JEFFREY HORVE, CLAY WHEELER )       MONEY DAMAGES, INJUNCTIVE RELIEF,
BRADLEY FICEK, TODD McCLUSKY )      AND VIOLATIONS OF ILLINOIS STATE
Defendant(s) et., al )             TORTS Committed BY DEFENDANTS
                                    AGAINST PLAINTIFF AND AT ALL TIME
                                    RELEVANT TO THIS ACTION WHILE THE
                                    OPERATED UNDER THE COLOR OF STATE
                                    LAW.

COMPLAINT

- [x] 42 U.S.C. §1983 (suit against state officials for constitutional violations)
- [ ] 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)
- [ ] Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, DAMONI CLEMON_____, and states as follows:

My current address is: WESTERN ILL CORR CENTER RR4 BOX 196
Mt. STERLING ILL 62353

The defendant JOHN ATTEBERRY, is employed as Dective Bloomington
Police Dept        at Bloomington ILL

The defendant WM YODER, is employed as STATES ATTORNEY
MCLEAN County     at Bloomington ILL

The defendant PAUL WILLIAMS, is employed as SERGEANT Bloomington
Police Dept       at Bloomington ILL

The defendant JAMES TUSEK, is employed as ASST PUBLIC Defender
MCLEAN County     at Bloomington ILL

(revised 9/96)

The defendant MAttHew Dick , is employed as Detective Bloomington CoLice                       at Bloomington ILL

Additional defendants and addresses _____

Amy JoHnSon DAViS PuBLic DeFenDeR McLeAn County Blooming+

JeLLRey HoRve Asst StAtes Attny McLeAn County Bloomington

CLAy WHeeleR Detective Bloomington PoLice Bloomington

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page. See PAGe 2A AnD 2B

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?                Yes ☐                    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
                    Yes ☐                    No ☑

C. If your answer to B is yes, how many? ⊖ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) _____ None _____

    Defendant(s) _____

    _____

2. Court (if federal court, give name of district; if state court, give name of county)

_____

3. Docket Number/Judge_____

(2)

(2A) **ADDITIONAL PLAINTIFFS**

**NONE**

However Plaintiff Clemons Is Requesting Appointment of Counsel For The 1st, 4th, 6th, 8th and Due Process Clause violations of The 14th Amendment That were Committed Against Him By Defendants Along with Their violations of Illinois State Tort Laws Committed By Them Against Plaintiff.

Plaintiff Requests This Honorable Court under Its Supplemental Jurisdiction 28 USC 1367 Prosecute All Defendants For Their violations of Ill. Compile Criminal Law Statutes, State Torts spelled out In This Complaint Including But Not Limited To:

Conspiracy 720 ILCS 5/8-2 To Obstruct Justice 720 ILCS 5/ -4, Commit Subornation of Perjury, 720 ILCS 5/32-3, Perjury 720 ILCS 5/32-2, Official Misconduct 720 ILCS 5/33-3, Threats 720 ILCS 5/15-5, Intimidation 720 ILCS 5/12-6 and False Arrest 725 ILCS 5/107-2, Prosecutorial Misconduct and Ineffective Assistance of Counsel.

This Is A Civil Rights Complaint Filed Against Defendants As Individuals and In Their Official Capacities For Monetary Damages, Compensatory, Punitive and Injunctive Relief.

All Defendants Acted As Individuals and In Their Official Capacities At All Times Relevant To This Complaint and Operated under The Color of State Law.

(2A)

## 2B) ADDITIONAL DEFENDANTS

1) ALL DEFENDANTS ARE Bloomington Police officers, McLean County Prosecutors, Public Defenders, Technicians, Bloomington Police Detectives/Employees: BRADLEY FICEK, TODD McCLUSKY, MICHAEL JOHNSON, Russell Thomas, RICHARD BARKES, TORY DAUGHERTY, STEPHEN SICINSKI, MICHAEL BURNS, TIMOTHY McCOY, WILLIAM LYNN, AMY KEIL, PETER AVERY, TOMMY WALTERS, SHAWN ALBERT, CID Records CAROL HOERR, MICHAEL GRAY, KENNETH BAYS, DANIEL HOENIGES, Scott MATHEWSON AND JAMES HALL

At ALL Times Relevant TO THIS ACTION ALL DEFENDANTS WERE OPERATING UNDER THE Color of STATE LAW AND ARE SUED AS INDIVIDUALS AND IN THEIR official CAPACITIES FOR MONEY DAMAGES, Injunctive Relief AND UNDER ITS Supplemental JURISDICTION 28 USC 1367, THIS COURT IS ASKED TO Prosecute DEFENDANTS FOR THE ILLINOIS STATE TORT LAW VIOLATIONS THEY Committed AGAINST PLAINTIFF DAMON I CLEMON Including 8 Felony VIOLATIONS Listed on PAGE 2A.

AS DEFENDANTS ARE SUED AS INDIVIDUALS AND IN THEIR official CAPACITIES DAMAGES CAN BE Sought FROM THEM AND DO NOT QUALIFY FOR 11TH Amend Immunity. Both Compensatory AND Punitive DAMAGES CAN BE AWARDED.

PROSECUTORS, POLICE OFFICERS AND OTHER Alleged Witnesses WHO HAVE LIED, Committed Perjury, KNOWINGLY Allowed FALSE Testimony or Committed PROSECUTORIAL Misconduct TO GAIN A Conviction ARE NOT Immune

QUALIFIED Immunity Does Not APPLY TO officials SUED IN THEIR official CAPACITIES — (OWEN 445 U.S. 622) Moore 922 F 2d 1553, 1556 (1991) McLAUGHLIN 913 F2 1033, 1039 (1990)

(2B)

4. Basic claim made _____ None _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☐  No ☑

If your answer is no, explain why not GRievANCE PROCeduRE DOES Not Apply TO THIS CASE - TRiAL CourT DismiSSED MATteRS - CRiminAL CASE - Nolle PRoS ALL CouNtS - INSuff. EvideNce

C. Is the grievance process completed?  Yes ☑  No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

(2c)

# Statement of Claim

Place of Occurrence:
        Bloomington Illinois - Police Dept.,
McLean County Criminal Courts - States
Attorneys Office - Public Defenders Office

Dates of Occurrence: March 11, 2005
Up to and including 9-27-05 when
Case # 05 CF0265 was dismissed, All
Charges Nol-Pros for Insufficient Evidence

Witnesses: Damoni Clemon, Phyllis Johnson
Officers, Detectives Bloomington Police Dept, McLean
County Sheriff Dept., States Attorney of McLean
County William Yoder, Jeffrey Horve Asst States
Attorney, Amy Johnson Public Defender McLean
County, James Tusek Asst Public Defender of
McLean County And At Least 26 Police officers
And Detectives of The Bloomington Police Department
And McLean County Sheriffs Department. Exhibit "I"

## The Following 4 Pages
    Accurately Describes What Transpired In
This Civil Rights Claim 42 USC 1983 Filed
By Damoni Clemon And The Exhibits
Attached For Support.

# Statement of Claim

On March 11, 2005 I was contacted at home by phone by Phyllis Johnson the mother of our child and was asked to come over to her house and talk about the Bloomington police officers Michael Johnson and Richard Barkes questioning her about my whereabouts regarding the homicide of a Barry Lewis (Exhibit "A" page 184 of 190) violating her Miranda rights to counsel, a 6th Amendment, 8th Amendment and due process violation of the 14th Amendment.

I reluctantly went over to Ms Johnsons home to discuss what was going on and she asked me to go with her to the Bloomington police department. I told her I couldn't do that because of a no contact/injunction restraining order that defendant States Attorney of McLean County Wm Yoder had issued against me to prevent me from being with her or our child at the same time (Exhibit "B" page 155 of 190). I told her that I'd meet her at the police department and left her residence to go over to the police department.

After leaving her home I got in my car and started to head over to the Bloomington police department when I was stopped by ~~detectives~~ Detectives and ~~police officers~~ police officers about a block from her home and was arrested for violating a no contact order that States Attorney Wm Yoder had issued against

## <u>Statement of Claim</u> (2)

AGAINST me without the Knowledge or Consent of Phyllis Johnson. FAlSE ARREST AND A 4th, 6th, 8th, AND Due process violation of the 14th Amendment By OFFICERS <u>M. Johnson</u> AND <u>Richard Barkes</u> AS MS. JOHNSON HAD never sought NOR Agreed with Anyone on Issuing A No contact order AGAinst me, Prosecutorial misconduct, AND A Due process violation of the 14th Amend.

UPON ARRIVAL At The Bloomington Police Station I WAS TolD By OFFICERS <u>M. Johnson</u> AND <u>R. Barkes</u> THAT I WAS Being Arrested FOR The Homicide of one BARRy Lewis And Not A violation of An Alleged No contact order Issued By The States Attorney, Defendant <u>Wm. Yoder</u> AGAinst me To stop me From Seeing or Contacting one Phyllis Johnson mother of our child or our child.

ALL Defendants In This Action HAve HAve violated Illinois compiled Felony Statutes of Conspiracy 720 ILCS 5/8-2 To commit FAlSE ARRest, Official misconduct 720 ILCS 720 ILCS 5/33-1, Obstruction of Justice 720 ILCS 5/31-4 By Intimidation 720 ILCS 5/12-6, THREATS 720 ILCS 5/15-5 And other STATE LAW violations which I'm Asking THIS HonorABle Court, under Its Supplemental Jurisdiction <u>28 USC 1367</u> To Prosecute Defendants To The Fullest Extent of The LAW.

# Statement of Claim - 3

ALL Defendants were Responsible For Holding Plaintiff, Against His Will, At The Bloomington Police Station, Denying me Access To Counsel A 6th Amend Violation, 8th Amend Violation And A Due Process Violation of The 14th Amendment.

ALL Defendants Also violated The Following Illinois State Statutes Under Article 108 - "Search And Seizure" (Exhibit "C" - Page 158 of 190) 725 ILCS 108-2 Custody And Disposition of Things Seized, 725 ILCS 725 ILCS 5/108-3, Grounds For Search Warrant, 725 ILCS 5/108-4, 5/108-6, 5/108-7, 5/108-10 Return To Court of All Things Seized By officers Including A Complete Inventory of Any And ALL Instruments, Articles of Things Seized By officers (Defendants Named) And Provide The Accused With A copy of ALL Items Seized And Taken From His Home By Warrant From The Court And Defendant States Attorney Wm Yoder And Named Defendants (Exhibit "D") Copy of States Witness List, Police officers, Police Detectives Entered Plaintiffs Home Looking For Something To Connect Him To The Homicide of Barry Lewis And Found Nothing To Support His Arrest For A Homicide And In The Process "Trashed" His Home, Destroying OR Damaging His Side Doors, Back Door And A Lot Things, Items, From The House Were Destroyed/ Damaged/OR Disappeared (Exhibit "E" Page 170 of 190) A 4th And 8th Amendment Violation.

Exhibit "F" Page 123 of 190 Shows This To Be An Illegal/Wrongful Arrest on False Charges, A 4th, 8th And Due Process Clause Violation of The 14th Amendment.

# Statement of Claim - 4

The state claimed to have information to hold me and forced me to post bail on a case that they had little or no evidence on and would in fact be dismissed in a year and all charges nole prosed by the honorable judge Ronald Dozier for insufficient evidence (Exhib "G"

The states attorney of McLean County Wm Yoder by his assistant Jeffrey Horve conspired with the Bloomington police department officers and detectives (Defendants) named in Exhibit "D", with McLean County Public Defender Amy Johnson Davis by their assistant public defender James Tusek in turning a blind eye to the truth, exercised reckless and deliberate indifference to the lack of evidence they had, the prosecutorial misconduct shown by the states attorney, his assistant, and other defendants named by their continual and ongoing prosecution of plaintiff Clemon supported by subornation of perjury, perjury, official misconduct, obstruction of justice, and ineffective assistance of counsel by the McLean County Public Defender and their assistant defender.

The aforementioned issues and supporting exhibits attached supports my claim under the civil rights claim 42 U.S.C 1983 against all defendants as individuals and in their official capacities while operating under the color of state law, for money damages and injunctive relief

Plaintiff requests counsel be appointed by this honorable court and jury trial scheduled

Damoni Clemon

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

AWARD PLAINTIFF CLEMON COMPENSATORY DAMAGES AND PUNITIVE DAMAGES FROM EACH DEFENDANT NAMED IN THIS COMPLAINT AS AN INDIVIDUAL AND IN THEIR OFFICIAL CAPACITIES FOR THEIR VIOLATIONS OF MY 4TH, 6TH, 8TH AND DUE PROCESS RIGHTS OF THE 14TH AMENDMENT IN THE FOLLOWING AMOUNTS: 250⁰⁰ PER DAY FROM 3-11-05 DATE OF PLAINTIFFS ARREST 3-11-05 THRU 9-27-05 FROM EACH DEFENDANT NAMED AS AN INDIVIDUAL FOR VIOLATING ME AND MY 4TH, 6TH, 8TH

URY DEMAND          Yes  ☑          No  ☐   (CONTINUE:

Signed this _____ day of _____ , 19 _____ .

X~~Damon~~ᵍ Clemon  4-20-06
DAMON I ( *Signature of Plaintiff* ) CLEMON
# K 83753

| 'ame of Plaintiff: | Inmate Identification Number: |
|---|---|
| DAMON I CLEMON | K 83753 |
| dress: WICC RR4 Box196 Mt. Sterling ILL 62353 | Telephone Number: |

6

1)    2)

## Relief Requested Continued

AND Due Process Rights of The 14th Amendment.

500.00 per Day from EACH Defendant In Their official capacity From Date of Plaintiffs Arrest MARCH 11, 2005 Through Date of Settlement of This Action For violating my 4th, 6th, 8th And Due Process clause of The 14th Amendment And Numerous Felony violations NAMED IN This Action Committed By Defendants AGAINST Plaintiff Including But Not Limited To Conspiracy, Obstruction of Justice, official misconduct, FAlse Arrest, Subornation of Perjury, Perjury, Prosecutorial misconduct, Ineffective Assistance of counsel, Threats And Intimidation That Plaintiff Requests This Court Try Under Its Supplemental Jurisdiction 28 USC 1367 ALL Defendants For Their Violation of State Torts.

## Punitive Damages

25,000.00 From EACH Defendant As An Individual For The Stress, Humiliation, Fear, Intimidation, malice And Desire To Cause Plaintiff mental Suffering During His Time In Jail, Awaiting Trial on unsubstantiated CHARges And FAlse Arrest Per Judge Dozier Nol Pros Ruling On 9-27-05

3)

## Relief Requested Continued

## Punitive Damages

50,000.00 From Each Defendant In Their official Capacity For Their Blind Eye Reckless And Deliberate Indifference To Plaintiffs False Arrest, Innocence, Their use of False Evidence, Conspiracy Subornation of Perjury, Perjury, Threats, Intimidation To obstruct Justice, comm.+ official misconduct, Illegal Seizure, Damage And Destruction of Plaintiffs Home, Doors, Cabinets, Property And Violation of State Torts To convict me of Numerous Felony charges Including Homicide.

Judge Dozier, After 196 Days Nole Prosed All Charges For Lack of Evidence And Noticed It In His Dismissal

Plaintiff Also Requests This Honorable Court Grant Any other Relief It may Appear Plaintiff Is Entitled.

Respectfully

Damon I Clemons
K 83753 WICC
RR4 Box 196
Mt Sterling Ill
                    62353

E-FILED
Friday, 01 September, 2006  03:55:39 PM
Clerk, U.S. District Court, ILCD

## EXHiBiTS

DAMONI CLEMON PLAINTiFF IN THiS ACTioN AND ALL DEFENDANTS NAMED IN THE ATTACHED ExHiBiTS, INCiDENT NARRATive RePoRTs 200408171 AND THe Following INCiDENT NARRATive DATes:

ExHiBiT "A"  MoTioN To DiSMISS/Nole PRos 12-20-05

ExB.T "B"    RePoRT 12  D+D 7-1-04

ExHiBiT "C"   RePoRT 13  D+D 7-2-04

ExHiBiT "D"   RePoRT 14  D+D 7-28-04

ExHiBiT "E"   RePoRT 15  D+D 8-6-04

ExHiBiT "F"   RePoRT 16  D+D 8-20-04

ExHiBiT "G"  RePoRT 18   D+D 9-15-04

ExHiBiT "H"  RePoRT 19   D+D 4-14-05

ExHiBiT "I"  RePoRT 20   D+D 4-29-05

WiTNesses LiSTED WiTH NARRATive RePoRT 19 INCiDENT IMAge ARe FoR PLAiNTiFF CLEMON AND INCLUDE MONICA POOLE, WiLLiAM BEARD, SHiRLey MCLAURiN, CHRISTiNA DicKey WiNTERS, KAUSOUJRiA OWMEE, LAURA WARE, AND TOMMie SIAyToN.

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF MCLEAN

THE PEOPLE OF THE            )
STATE OF ILLINOIS            )
                             )
      VS.                    )          NO.   04 cf 552
                             )
Damoni Clemon

### SUPPLEMENTAL DISCOVERY COMPLIANCE PURSUANT TO RULE 412

Now comes the People of the State of Illinois by M. Jane Foster, Assistant State's Attorney, in and for the County of McLean, State of Illinois, and presents as Discovery Compliance herein the following:

1.  Pursuant to Supreme Court Rule 412(a) see attached exhibits 25-38 for additional discovery.

Respectfully Submitted,

M. Jane Foster
Assistant State's Attorney

I, M. Jane Foster, hereby certify that the answer to Defendant's Motion for Discovery in People v. Clemon, is complete to the best of my knowledge, information and belief and all the exhibits referenced in this Answer have been provided to the defense.

M. Jane Foster
104 W. Front St., Room 605
PO Box 2400
Bloomington, IL  61701
(309) 888-5400

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorney's of record of all parties to the above cause by:

_____ Depositing a true and correct copy of the same in the U.S. Post Office or post office box in the City of Bloomington, Illinois, enclosed in an envelope with postage fully prepaid on the _____ day of _____, 2005.

_____ Hand delivering a true and correct copy of the same on the _6_ day of _April_, 2005.

_____

EXHIBIT
"A"

STATE OF ILLINOIS          )          IN THE CIRCUIT COURT OF THE
COUNTY OF MC LEAN          )          ELEVENTH JUDICIAL CIRCUIT

THE PEOPLE OF THE STATE OF ILLINOIS   )
VS.                                   )     NO. O4CF552
DAMONI CLEMON                         )

## MOTION TO DISMISS

Now comes the People of the State of Illinois by the State's Attorney of McLean County, and moves this Court to:

☑ nol-pros (all) Counts _____ of the above-entitled cause
☐ dismiss the Rule to Show Cause
☐ dismiss the Petition to Revoke

for the following reason(s): _tried in combination of_
_sentencing_

12/20/05 _____          M. Janet Foster _____
Date                              (Assistant) State's Attorney

## ORDER

This cause, coming on to be heard on the foregoing motion, and the Court being fully advised in the premises:
IT IS, THEREFORE, ORDERED that (all) Counts _____

☑ of the above-entitled cause be and the same is/are hereby nol-prossed.
☐ the Rule to Show Cause is hereby dismissed.
☐ the Petition to Revoke is hereby dismissed.

☐ Defendant is ordered to pay costs from bond.

☐ There is a warrant outstanding for Defendant's arrest on this charge. Said warrant is hereby recalled.

☐ Defendant is in custody of the McLean County Sheriff's Department on this charge. If Defendant is not being held on any other charges or detainers, said Department is hereby ordered to release Defendant from custody.

☐ Defendant's bond is ordered released, after it is applied to fine and costs in this cause, in accordance with applicable statutes.

☐ Defendant's bond is ordered transferred to case number _____ as well as all SOS supporting documents including Notice of SSS and officer's sworn report.

12/20/05 _____          Ronald Dozier _____
Date                              Judge

white:     Court Copy
yellow:    State's Attorney
pink:      Defendant
goldenrod: Defense Attorney

### Incident Narrative 12    07/01/2004    18:35
#### Supplemental Reporting DETECTIVE MATTHEW DICK - BPD, ID # 6687

On 6-16-04, I (Detective Dick) arrested Damoni Clemon for Aggravated Discharge of a Firearm. The victim, Shauntez Winters, related that Clemon was in a white Chevy Caprice with a blue hood with Christina Winters in the front passenger seat, and Tommie Slayton in the rear seat. Clemon shot at him from the vehicle in the parking lot between apartment buildings in the 900 block of West Grove and 900 block of West Front. When I spoke to Clemon, he claimed that he was the one that was shot at by two unknown assailants as he drove the white Caprice eastbound on Grove Street. Clemon claimed to have been alone in the car.

On 6-18-04, I interviewed Christina Dickey-winters. I advised Dickey-winters that our conversation was being audio and video recorded. I further advised her that she was not under arrest and free to leave at any time. I asked Dickey-winters to tell me what she was doing on Wednesday 6-16-04. Dickey-winters related that she had been staying with her mother at 1021 West Hovey Street, Normal. She woke up between 1100 and 1300 hours. Her cell phone was dead so she decided to walk to her friend's apartment on West Front Street to get her charger that she left there. When she arrived she observed her husband, Shauntez Winters, in front of the apartment building. He started an argument with her concerning her son and the fact that Damoni Clemon is the father of her son. During the argument, Winters hit her in the side of the head. Dickey-winters walked away and proceeded into her friend's apartment to get her charger and some clothes. Dickey-winters then paused for several seconds in the interview as if she were thinking. She then continued her story as if she had left the apartment but she had not explained how or when she left.

Dickey-winters related that approximately thirty to forty five minutes later, she went back to the apartment on Front Street to retrieve the rest of her belongings. She claimed that she ran into her husband again in the rear parking lot. She was dizzy and dazed from being hit in the head and was trying to figure out what to do. She decided to walk away and proceeded through the alley, down Grove, past the apartments, and down the street. When she got to the intersection of Allin and Grove or possibly Lowe Street, she heard five or six shots. She started to walk back to see what was going on but thought better of it and continued walking to her brother's house at the corner of Mulberry and Lee Street. Thirty to forty five minutes later, she saw Winters riding in the back seat of a police car. She then started receiving numerous phone calls from people including Winters, harassing her and cussing her out about what had taken place. Several messages were left on her phone. One of these said to Dickey-winters by her husband was that she had "fucked up" and that she should have her baby's daddy come get him. Dickey-winters erased all these messages except for one left by Winters and one left by his cousin. I advised Dickey-winters that I wanted to record those messages before she left, however Dickey-winters ended up walking out of the interview before I could record the messages.

Dickey-winters advised that the problems with her husband stem from her having a baby with Clemon while Winters was in the Department of Corrections. He got out on 3-19-04 and has claimed that he will get her back. She stated that he has destroyed her apartment and threatened Clemon numerous times. She doesn't know what Winters has physically done to Clemon other than take his money on one occasion.

After speaking with Dickey-winters for several minutes, I had her go through the events that occurred on Wednesday 6-16-04, for a second time. As she went back through, she contradicted herself and it was clear that she was fabricating at least portions of her story. The second time she advised that she got up around 1230-1300 hours. She was staying at her mother's house on West Hovey. She walked to the 900 block of West Front Street but stopped at her brother's house along the way. Her brother lives at the corner of Mulberry and Lee. She arrived at the 922 West Front around 1345 to 1400 hours. I asked Dickey-winters, who her friend was that she was visiting and what apartment she lived in. Dickey-winters refused to tell me and stated that she didn't want to get her involved. As Dickey-winters approached 922 West Front Street, Winters was walking down the hill of the Lange's alley. He immediately started a verbal argument asking, "what the fuck" she was doing there. She stepped inside the building with Winters following her. In the hallway of the apartment building, Winters grabbed her and hit her in the head with a bottle in his hand. Dickey-winters did not think that Winters meant to hit her the way that he did. He did not seem intoxicated and this was the only physical contact. I asked her if she received any injuries from this incident. Dickey-winters stated that she might still have a lump. She took lots of Tylenol that day and her eyes were blurry and jittery. I asked her if there were any witnesses to this incident. She stated that her friend saw Winters follow her into the apartment but didn't think she would be willing to say anything.

Once in the apartment, Dickey-winters went to the closet where she retrieved her charger and two bags. She then went out the back door, through the alley to Grove Street. Winters continued to follow her until she was eastbound on the sidewalk. He then stopped and started talking to someone at the first apartment building off the alley. I asked her what time it was that she got out of the area. She stated that she couldn't give me a time but everything happened in maybe fifteen minutes. She then walked back to her brother's house. I asked her who was there. She stated that it was just her, her brother, and her brother's pregnant girlfriend. I asked her how long she stayed at her brother's. She related that she has been there this whole time. I reminded her that she previously told me that she returned to the apartment on Front Street and asked how long she was at her brother's before going back. She then stated, "Oh, I went back to Front Street after I went around the block." She claimed that when Winters stopped following her, she walked around the block and snuck back in the front door of the apartment building without Winters seeing her. She retrieved the rest of her belongings then walked to her brother's house and hasn't left except Thursday night to get cigarettes and something to drink.

Exhibit "B"

I asked Dickey-winters if she was with Clemon at all on Wednesday. She stated that the last time she saw him was around the corner from her mom's house. She then corrected herself and said her brother's house. This was in the 500 block of West Mulberry Street. Dickey-winters related that Clemon's girlfriend lives over there and there is also a guy who Clemon helps work on his suburban. I asked her when it was that she saw Clemon in the 500 block of West Mulberry. She stated that it was Wednesday around 1330 to 1335 hours. She was on her way to Front Street from her brother's house. She stated that she was walking down Lee Street toward Market Street. She did not talk to him, she just waved, said "what's up", and continued on her way to Front Street. I asked her who was with him. She said there was some big old black man with gray hair. This subject lives across from Monica Poole's house. Poole is Clemon's girlfriend. Clemon and the subject were standing by the subject's garage. Dickey-winters claimed that she has not seen Clemon since then and to the best of her knowledge he was in jail.

I then asked Dickey-winters for more information about the gunshots. I asked her what time it was when she heard the shots. She related it was fifteen to twenty minutes after she walked off. She also advised that she was on Oak Street near the fire department when she heard the shots. I asked for clarification on which fire department she was referring to. It was determined that she was referring to the station on Lee Street at Jefferson. Dickey-winters claimed that she was near the intersection of Oak and Jefferson when she heard the gunshots. This location is approximately five to six blocks away from where she initially told me she was when she heard the shots. I asked her how loud the shots were and if she could tell how far away they were. She stated that it was loud enough that she could make out that they were gunshots. They came from behind her as she was walking and there were 5 to 6 shots. She did not recall seeing any vehicles immediately after hearing the shots.

I then asked Dickey-winters what time she got back to her brother's residence and how long it was after she heard the shots. She stated that it was maybe ten minutes and she knew she got back to the house before 1500 hours. I asked her how she knew this. She stated because one of her brother's friends gets off at 1500 hours and she was there before he got there. This friend works at one of the dollar stores and goes to her brother's house every day immediately after work. I asked her who was at her brother's house by the time she got back. She stated, her brother's friend, her, her brother, and her brother's "baby's momma". I asked for their names however Dickey-winters refused to tell me. She stated, "they don't have anything to do with it." I explained to Dickey-winters that I had been told that she was in the car with Clemon when he shot at Winters, and that they were potentially her alibi. Her response was, "that I was in the car when he shot at him?...Why would he even shoot at him in the first place." Dickey-winters still would not provide me with anyone's name and claimed that she would have to get their permission before she could tell me.

Dickey-winters claimed that she was not in the car and had heard that Winters was the one that had shot at Clemon. She stated that she knows for a fact that Winters carries a pistol. She also made that statement that, "He (Clemon) would have had to have made it from over there on Mulberry, where he was at, pretty darn quick to get over there and do all that, without me seeing him." We then argued back and forth whether Clemon would have had time to get to Front Street and back. During this exchange, Dickey-winters advised that Clemon was on Mulberry Street when she was walking back to her brother's residence. This contradicts what she told me earlier, which was that the last time she saw Clemon was when she was walking to Front Street from her brother's residence. I drew a rough diagram of the neighborhoods we were talking about to clarify where exactly Dickey-winters claimed she saw Clemon. She indicated on my diagram that she saw Clemon on Mulberry Street just west of Lee Street, on the north side of the street. With Clemon was the old man that she mentioned previously and a tall thin white male subject with blonde hair. Dickey-winters claimed that she also saw the white caprice parked on Oak Street facing north at the corner of Mulberry Street. She saw the vehicle as she was walking on Lee Street. Dickey-winters was now claiming that she heard the shots and ten minutes later saw Clemon and these subjects along with the car, on Mulberry Street. She advised that she did not notice any damage to the Caprice.

I then asked Dickey-winters if she had said anything to Winters about killing him, whether she was serious or not. She did not immediately deny it and responded that Winters has been rubbing it in her face that Clemon was the father of her child. I asked her again and she stated, "Not that I was going to kill him, I said maybe I was going to have somebody beat your ass." I asked if she ever told Winters that she was going to have Clemon kill him. She said no. I asked if she ever told Winters that she was going to help Clemon kill him. She said no. I also asked her if anyone told her to come talk to me and if anyone told her what to tell me. To both questions she stated, no.

I then showed Dickey-winters photos of Clemon, Winters, Monica Poole, and Tommie Slayton. Dickey-winters Identified Clemon, Winters, and Poole. When she viewed Slayton's photo she said she did not know who he was and had never seen him before. She then said that she may have seen him on the street at some time and that he kind of looked like a subject she knew as Brian. I asked Dickey-winters if she was in a car with this subject on Wednesday. She stated, no.

I asked Dickey-winters when was the last time she talked to Clemon on the phone. She stated that it was on Wednesday, right before the shooting when she was walking back to her brother's house. I asked her when was the last time she talked to Winters. She advised that it was before her phone died while at her mom's house. They talked about her supposedly messing with some guy.

I advised Dickey-winters that she would likely be in more trouble for lying about this incident then if she just told me the truth. I stated that I could understand if she were scared of Clemon and Winters because they are both violent. Dickey-winters stated that neither one are violent. As she said this, she stood up and walked out of the room. This concluded the interview.

The diagram that I drew and the original DVD recording were placed into my locked cabinet and later submitted to standard evidence locker #8.

Further investigation will be forthcoming and this case remains PENDING.

### Incident Narrative 13    07/02/2004    23:27

#### Supplemental Reporting DETECTIVE MATTHEW DICK - BPD, ID # 6687

On 6-19-04, I (Detective Dick) conducted an interview with Tommie Slayton. Slayton was in custody for Obstructing Justice after he provided Officer Blain with a false name to avoid traffic citations. See case number 200408309 for more details pertaining to Officer Blain's arrest. Once in custody Slayton told Officer Blain that he was willing to speak with me regarding a shooting that occurred on 6-16-04. Officer Blain then contacted me.

I began the interview by advising Slayton that our conversation was being audio and video taped. I then read Slayton a statement of his rights which he stated he understood. I told Slayton that I could not make him any promises but I would advise the State's Attorney of any cooperation that he gave me. I asked him what happened on the day of the shooting. Slayton advised that he was at his girlfriend's house. Sometime in the afternoon, Damoni Clemon picked him up. They drove around for approximately an hour and then saw one of Clemon's girls walking down the street. Slayton later identified this subject as Christina Dickey-Winters. Dickey-Winters was walking near the corner of Monroe and Allin northbound toward Market Street. Dickey-Winters got in the car with them. Dickey-Winters and Clemon were talking about something however Slayton wasn't paying attention. Clemon got mad at something Dickey-Winters said. They then drove to Front Street to get Dickey-Winters' clothes and other belongings. When they arrived at the apartments on Front Street, Slayton saw "Shaun". Slayton later identified Shaun as Shauntez Winters. Dickey-Winters got out of the car and was talking with Winters for awhile. Dickey-Winters also went into one of the apartment buildings for awhile. Winters went into one of the apartment buildings for awhile also. Slayton had gotten out of the car for awhile but then got back into the car. Dickey-Winters got back into the car and Winters and Clemon got into a verbal argument. Winters took his shirt off as if he wanted to "box". It was at this point that Slayton saw that Winters had a black automatic handgun. Clemon put the car in reverse and Winters started shooting at the car. Slayton did not know how many times Winters shot. ✓

I asked Slayton how many times Clemon shot back. Slayton advised that Clemon did not shoot back. Slayton stated that as soon as the shooting started, he ducked down in the back seat. The back window behind him "busted" from Winters shooting at the car. I asked Slayton where this occurred at. Slayton stated that it occurred in the alley behind the apartment buildings. I drew a diagram of the area showing the 900 block of Front Street, the 900 block of Grove Street, Langes' alley and the apartment buildings. I had Slayton show me on the diagram, where the shooting took place. Slayton indicated that the shooting actually took place in the parking lot. I also included the car in the diagram and asked which way it was facing. Slayton indicated that the car was facing east toward Lange's alley. Winters was standing to the rear of the car. Slayton also indicated where everyone was seated in the car. He related that Clemon was driving, Dickey-Winters was in the front passenger seat, and he was in the rear seat directly behind Clemon.

I asked Slayton what Clemon did when the shooting started. Slayton stated, that he guessed he ducked down, and that he was ducked down himself. Slayton demonstrated how he ducked down by putting his head between his knees. After the shooting they went to the 500 block of West Mulberry Street. Slayton went back to his girlfriend's house and later heard that Winters showed up on Mulberry Street on a bicycle with a gun. A girl came to his girlfriend's house to use the phone to call it in. I asked Slayton if he saw Winters on Mulberry Street with a gun. Slayton related that he saw Winters walking up Mulberry toward Mason with a gun in his hand. He was not on a bike however.

I advised Slayton that all the witnesses were saying that Clemon was the one shooting at Winters. Slayton insisted that Clemon was not shooting and did not have a gun. Slayton claimed that he would have seen Clemon shooting. However by the way Slayton demonstrated how he was ducking, his head was below the window and facing toward the floor. Slayton claimed that Clemon was ducking also.

I showed Slayton photos of Clemon, Winters, and Dickey-Winters. He identified them as the subjects he had been referring to. I also asked him if he had seen or talked to any of these subjects since the shooting. He stated that he hasn't. He claimed that he did talk to Monica Poole about the shooting. I asked Slayton if anyone told him what to tell me. He stated no.

It should be noted that Clemon, Dickey-Winters, and Slayton have now all given a taped statement regarding this incident. All three statements are very different and contradict the physical evidence. Slayton claimed that Winters caused the damage to the car by shooting at it. This would be impossible if Winters was positioned to the rear of the car as Slayton claimed. The damage to the car was from front to rear as if Clemon were shooting at Winters and the bullets were skimming off the side of the car. Slayton also claimed that Winters was firing a black automatic handgun. An automatic handgun ejects the shell casings. No shell casings were found at the scene. Slayton's version of the shooting is consistent with Winters' version with the exception of who was shooting at who.

After the interview, Slayton was transported to the Mclean County Jail. The original DVD recording and the diagram I drew, were placed into my locked cabinet. They were later placed into standard evidence locker #8.

Further investigation will be forthcoming and this case remains PENDING.

Date:   09/20/2004 09:36                         EXHiB+t "D"                         Page: 1   of 2

Incident Narrative 14      07/28/2004      21:16

### Supplemental Reporting DETECTIVE MATTHEW DICK - BPD, ID # 6687

On 6-16-04, I (Detective Dick) arrested Damoni Clemon for Aggravated Discharge of a Firearm. Clemon was transported to the Mclean County Jail and posted bond on 6-20-04 despite a parole hold that I had requested. Clemon was arrested again on 6-21-04 for Possession of Cannabis. I called the parole office and an Illinois Department of Corrections (IDOC) warrant was issued for Clemon. Clemon again was transported to the Mclean County Jail.

On 7-6-04, I (Detective Dick) retrieved several recorded phone calls that had been placed from the jail. In some of these phone calls, Clemon is speaking to someone about his shooting case and telling the person to arrange some witnesses on his behalf. The following is a brief synopsis of some of the calls placed by Clemon. For an exact record, refer to the recordings.

On 6-26-04 at approximately 1635 hours, Clemon called (309) 827-9597 and speaks to an unknown female subject (possibly Erica Redmond). Approximately eight minutes into the phone call, Clemon makes a comment about smoking the cannabis in front of the police officers in order to keep the police from getting into the house he was at. Approximately ten minutes and thirty seven seconds into the call, Clemon states, "Go see Diyez...He's in the pod... That mother fucker in the pod with him Tell him do not fuck with Shaun, tell him to stay his distance from Shaun...You know who I'm talking about right, who do I got the case on." Approximately thirteen minutes and twenty seconds into the call, Clemon and the female subject have the following exchange,

Clemon:  Oh, you know what I need you all to do?
Female:  What?
Clemon:  Man, you got to ante up on me some witnesses
Female:  Okay
Clemon:  You know um, (inaudible) and them
Female:  Who?
Clemon:  (inaudible) and them, (inaudible) my family and them on Grove
Female:  Uh huh
Clemon:  All them signed cases on me right.
Female:  You know what's fucked up (inaudible) see some real shit Money, I sat in the window and I watched that bullshit.
Clemon:  You were on the block?
Female:  On some real shit, I was on that block, I was watching you out the fucking window nigger. I can tell you how long you sat out there, what happened, and, cause he (inaudible) mad at Chrissy and tell Chrissy he was going to march off. Nigger that's how all that shit popped off, I already know.
Clemon:  Chrissy up smack on his ass though
Female:  Okay now all that bullshit, on some real shit
Clemon:  I need some witnesses doll. I can't cop out to this one.
Female:  Well no you're not going to cop out on that bullshit.
Clemon:  I need some witnesses man, get me some witnesses on the block man.
Female:  all right
Clemon:  Cause (inaudible) they all witnesses against me.
Female:  okay
Clemon:  Then um, Get um, You know to drop in on the Walls right?
Female:  right
Clemon:  cause they got that little corner alley right there
Female:  right. Muhamed thinks (inaudible) on me. He's been telling me to watch the block. Stay cool.
Clemon:  Right, let them know I'm going to need them for some witnesses.
Female:  Okay

On 6-26-04 at approximately 1657 hours, Clemon again called (309) 827-9597 and spoke to the same female subject. This call was placed almost immediately after the previous call and their conversation continued. The following is a portion of their conversation beginning approximately two minutes and fifteen seconds into the call.

Clemon:  Hey Erica
Female:  What
Clemon:  You can take care of that part for me? Cause I got like six witnesses, I got six witnesses on that block that say they seen me and I know damn well there wasn't nobody out there.
Female:  I know there wasn't anybody out there either, and I know I was looking out the window, so I'll go up to the county my god damned self, and have my cousin come with me cause looked out the window. (inaudible) was out front, there wasn't nobody out there but (inaudible) that white boy Jimmy, and me and my cousin was looking out the fucking window, nobody else see what the fuck happened over there.

On 6-27-04 at approximately 1323 hours, Clemon called (309) 829-3327 and spoke with Monica Poole. Poole in turn makes a three way call to Clemon's mother. Approximately eight minutes and forty five seconds into the call Clemon is again talking about how six people were giving statements against him and he needed some people to give statements for him that saw what happened on his behalf. Clemon tells Poole, "the people on the block where you at Monica...the block where you stay at...you need to get the kids and the rest of them to sign statements on my behalf, that they actually seen that fat mother fucker, doing what he was doing."

These three phone calls were burned to a CD-R and placed into standard evidence locker #8.

Further investigation will be forthcoming and this case remains PENDING.

Date: 09/20/2004 09:36    EXHIBIT "E"    Page: 1    of 1

**Incident Narrative 15    08/06/2004    20:18**

**Supplemental Reporting DETECTIVE MATTHEW DICK - BPD, ID # 6687**

On 6-16-04, a shooting occurred in the alley/ parking lot between the 900 block of West Grove Street and 900 block of West Front Street. Damoni Clemon has been arrested and charged with Aggravated Discharge of a Firearm in reference to this incident. According to the incident detail report created by Metcom, the initial call to 911 occurred at 15:27:35 hours from the number (309) 828-8981 located at 903 West Grove. I (Detective Dick) have received an audio recording from Metcom of this call and also a second call to Metcom that came in from a cell phone. The recording also includes the police radio traffic and other related calls.

The first call to 911 is a female subject who identifies herself as Antoinette. This is likely Antoinette Thomas who Officer Albert spoke to at the scene. During this call, a very excited Antoinette claims that "they just got done shooting in the alley by my apartment. Antoinette describes the suspect vehicle as a white Chevy with a blue top. The suspect shot five or six times. The car left by turning onto Grove Street. Antoinette claimed that there were four or five people in the car. She does not know the subjects but sees them all the time. She also claimed that her children were outside playing at the time of the incident. Antoinette advised she was calling from her friends apartment, 903 West Grove, apartment four.

The second call to 911 is initially a female subject but a male subject quickly gets on the phone. The female advised that somebody was shooting in back of the apartments on Front and Grove. The male subject then takes the phone and explains that the shooting took place in the alley and parking lot between the 900 block of Grove and Front Street. The dispatcher asked if he saw any suspicious vehicles. The caller advised that he saw a white Chevy with a blue hood. The recording breaks away from this call while officers are dispatched. When the call resumes, a female can be heard in the background stating that there were three subjects in the car. The dispatcher then asked the male caller if they were shooting in the air or shooting at something. The caller stated they were shooting at someone. The subject being shot at got on a bike and rode off. This subject was wearing all black clothing.

At approximately the same time that these calls were coming in, Monica Poole called the Bloomington Police Department and spoke with Assistant Chief Sanders. Assistant Chief Sanders transferred Poole to Metcom. According to the Incident Detail Report created by Metcom, Metcom began speaking to Poole at 15:33:09. Poole stated, "They're at my house right now with pistols, trying to shoot at my nigger...They shot at my door and my car." Poole advised that she was at her address, 512 West Mulberry Street. The dispatcher asked Poole if she knew who the subjects were. She said, "No, They been shooting at him all month, now they're outside with pistols, walking up on him. The dispatcher asked if they were in a car. Poole stated, "what?, no they're walking now." The dispatcher asked how many people there were. After several seconds, Poole stated, "I don't know, I can't see, I'm inside. He won't let me go outside cause they got guns." Again the dispatcher asked if Poole knew any of the subject's names. Poole stated, "His name is Shaun." I don't know his last name. I see only one. His name is Shaun. He's a fat ass. I can't think of his last name." Poole described Shaun as wearing a black shirt with blue jeans. When the dispatcher asked what kind of gun he had, Poole did not answer. The dispatcher asked Poole if she could see the subject. Poole stated that she could. The dispatcher asked Poole if she could see a weapon in his hand. Poole stated, "I don't see it now. I can't (inaudible) outside." Eventually Poole advised the dispatcher that the subject was walking down Mulberry Street. It should be noted that Poole is the girlfriend of Damoni Clemon.

Another call to 911 recorded on the tape, is from a female subject who advised she pulled up to her sister's residence at the corner of Oak and Mulberry and saw several subjects with guns. The caller could not provide any descriptions of the armed subjects other than they were black. This call came into Metcom at 15:37:05.

A few minutes after this call and Poole's call, Officer Albert advises that he is back in the 900 block of West Grove. According to the Incident Detail Report, this is at 15:48:55 hours. A few seconds later, Officer Albert advises that he sees Shauntez Winters on a bicycle in the 800 block of West Olive Street. Officer Albert makes contact with Winters and Winters is eventually transported to the Bloomington Police Department for an interview.

The original recordings were placed into my locked cabinet. On 8-6-04, I placed the original recordings into standard evidence locker #8.

Further investigation will be forthcoming and this case remains PENDING.

31

Incident Narrative 16      08/20/2004      20:20

Supplemental Reporting DETECTIVE MATTHEW DICK - BPD, ID # 6687

On 6-16-04, I (Detective Dick) arrested Damoni Clemon for Aggravated Discharge of a Firearm. This was in reference to an incident that occurred in the alley and parking lot between the 900 block of West Front Street and West Grove Street. The first call to 911 in reference to this incident, was received at approximately 1527 hours. At approximately 1533 hours, Clemon's girlfriend, Monica Poole, reported to Metcom that Shauntez Winters was in the 500 block of West Mulberry Street, shooting at her car and Clemon. Poole had initially called the Bloomington Police Department and was then transferred to Metcom. Poole advised the dispatcher that she could see Winters as she was talking.

On 8-12-04, Detective Sicinski and I (Detective Dick) went to 901 East Walnut Street in an effort to locate Poole. This was Poole's last known address according to the EJS database. Upon arrival at 901 East Walnut, I spoke to Poole's grandmother, E.M. Williams. Williams advised that Poole was now residing at 306 South Gridley. Williams asked why I needed to speak to Poole. I advised her that in was in reference to a shooting that occurred approximately one and a half to two months ago. Williams stated that she knew what incident I was talking about. I asked Williams what she knew about this incident. She stated she didn't know anything. Standing behind Williams was Courtney Williams. Courtney stated that she knew something about the shooting. I asked Courtney what she knew. Courtney advised that she was staying with Monica at 512 West Mulberry Street. On the day of the shooting, Poole would not let Courtney go outside all day or night. Courtney did not hear any gunshots and Poole did not mention anyone being outside with guns. Some time since then, Poole told Courtney that Winters had been shooting at Clemon. Courtney did not remember where Poole said the shooting occurred.

We then proceeded to 306 South Gridley and spoke to Poole. Poole advised that she knew nothing about the shooting other than Shauntez Winters coming to her house on Mulberry Street and shooting her car and at Clemon. She did not see much because she was told to get back into the residence by Clemon. She called 911 and reported the incident. She could see Winters waving a gun around as she spoke to the dispatcher. I asked Poole if she would provide a recorded statement and she agreed. Poole could not provide a video recorded statement at the police department because she was expecting her children to arrive any minute. I did however have a digital audio recorder with me. The following is a summary of that recorded interview.

Poole advised that she called the police somewhere between 1530 and 1600 hours. She called because the window of her car had been shot. She advised that her car is a white Chevy Caprice with a blue hood. I asked her who shot her car. She stated that it was Shaun Winters. She later identified Shauntez Winters from a photo lineup. Poole claimed that she did not actually see Winters shoot her car and that the car had already been shot when she called. I asked her how she knew that he was the one that shot it. Poole stated that he more or less told her. She claimed that Winters was outside waving a pistol around and yelling, "I got you" and "I'm going to kill you." She described the gun in Winters' hand as a black automatic. At no time however did she see him firing shots or hear any shots.

I then asked Poole to relate the sequence of events that day. Poole advised she was outside her residence (512 West Mulberry Street) replacing the taillight bulbs on a truck. As she was working on the truck, she turned her head and noticed the damage to her car window which was parked nearby. She had been working on the truck for approximately one half hour. Poole went inside the residence to call the police to report the damage to her window. While she was looking for the phone, she heard screaming. She then went outside however Damoni Clemon yelled at her to get back in the house. Clemon then pointed out Winters who was near the intersection of Oak and Mulberry. I asked Poole how long Clemon had been there. She advised that he had been there for some time and estimated that he had been there since approximately one and a half to two and a half hours before Winters arrived. She stated that Clemon had been talking with the old man across the street and helping him work on a mower. It was determined that this old man was William Beard. I asked Poole if Clemon noticed the damage to the car. She stated that he did not mention it and he probably would have if he knew about it.

Poole advised that Winters was approximately seventy five feet away from her when he was waving the gun around. Winters was in the area for ten to fifteen minutes until he left running in the direction of a house in the neighborhood that he has been hanging out at. Poole did not know the address of this house. A few seconds later, a police officer arrived and shortly after that, Winters' "baby's momma" called and stated that Winters got into a green Malibu. While all this was going on, Clemon was still across the street standing next to Beard.

I asked Poole if Clemon went anywhere in her car. She stated that he didn't. She stated that the car was at the house all day except the short trip she made to Advanced Auto Parts to get the taillight bulbs. She also claimed that she had the only key to the car. When Poole left to get the taillight bulbs, Clemon was at the house. He was in the same spot when she got back a few minutes later.

I asked Poole if Clemon told her what to tell me. She stated no. I asked Poole if Clemon told her to call the police to make a false report of shooting on Mulberry Street. She stated no. I asked her if she talked to Clemon on the phone at all that day in the hours leading up to the shooting. She stated that she talked to him when she went to get the bulbs. He asked her how long she was going to be because he did not like to be at home alone with the kids. I asked her if Clemon told her about anything happening in the 900 block of West Grove Street that day. She stated no but he told her about an argument he had with Phyllis Johnson on Olive Street.

# McLean County Incident Narrative Report - 200408171

EXHiBiT "F"

Detective Sicinski then asked Poole if Clemon and her were driving around anywhere together that day. She said no. He also asked what time it was that she went to the auto parts store. She related that it was at least twenty to thirty minutes before she called the police.

After the interview, I returned to the Bloomington Police Department and downloaded the audio recording to my computer. I then burned the recording to a CD-R and placed the CD-R into standard evidence locker #8. Also placed into standard evidence locker #8 was the photo lineup shown to Poole that contained a photo of Shauntez Winters.

Further investigation will be forthcoming and this case remains PENDING.


STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

COUNTY OF MCLEAN

THE PEOPLE OF THE )
STATE OF ILLINOIS )
                  )
    VS.           )        NO.    04 cf 552
                  )
Damoni Clemon

RECEIVED
APR 2 1 2005
McLEAN COUNTY
PUBLIC DEFENDER

## SUPPLEMENTAL DISCOVERY COMPLIANCE PURSUANT TO RULE 412

Now comes the People of the State of Illinois by M. Jane Foster, Assistant State's Attorney, in and for the County of McLean, State of Illinois, and presents as Discovery Compliance herein the following:

1. Pursuant to Supreme Court Rule 412(a) see attached exhibits 39-47 for additional discovery.

Respectfully Submitted,

M. Jane Foster
Assistant State's Attorney

I, M. Jane Foster, hereby certify that the answer to Defendant's Motion for Discovery in People v. Clemon, is complete to the best of my knowledge, information and belief and all the exhibits referenced in this Answer have been provided to the defense.

M. Jane Foster
104 W. Front St., Room 605
PO Box 2400
Bloomington, IL 61701
(309) 888-5400

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorney's of record of all parties to the above cause by:

_____ Depositing a true and correct copy of the same in the U.S. Post Office or post office box in the City of Bloomington, Illinois, enclosed in an envelope with postage fully prepaid on the _____ day of _____, 2005.

_____ Hand delivering a true and correct copy of the same on the 20 day of April , 2005.

ExHiBiT "G"

### Incident Narrative 18    09/15/2004    18:45

### Supplemental Reporting DETECTIVE MATTHEW DICK - BPD, ID # 6687

On 6-16-04, I (Detective Dick) arrested Damoni Clemon for Aggravated Discharge of a Firearm. This was in reference to an incident that occurred in the alley and parking lot between the 900 block of West Front Street and West Grove Street.

On 7-6-04, I received records from Sprint PCS, pertaining to Damoni Clemon's cell phone. These records show that the number (309) 287-7013, belongs to Damoni K Clemon. The records also show all phone calls pertaining to this number for 6-16-04 which was the day of the shooting. These records indicate that at approximately 1522 hours, Clemon called (309) 310-1755. This is Monica Poole's cell phone number. It is also approximately the same time that the initial phone call about the shooting was made to 911.

These phone records also document all the phone calls made and received by Clemon while in the interview room at the Bloomington Police Department. These calls are documented in incident narrative number 17.

The records of Clemon's phone also show that he placed a call to Poole at approximately 2339 hours. Clemon had already been transported to the Mclean County Jail and was in their custody when this call was placed.

The records further show that on 6-16-04, Clemon made five outgoing calls to Christina Dickey. He received two incoming calls from Dickey, and there were an additional nine calls from Dickey that were not answered but routed to his voicemail. When I interviewed Dickey on 6-18-04, she advised that the only time she saw Clemon on 6-16-04 was when she was walking to and from the 900 block of West Front Street. She did not speak to him and only waved and said, "what's up". When I asked when the last time was that she spoke to him on the phone, she advised that it was right before the shooting as she was walking to her brother's house. According to Clemon's cell phone records, all the calls to and from Dickey, occurred after the shooting.

On 7-1-04, I received the cell phone records from U.S. Cellular, pertaining to Christina Dickey's cell phone. The records show that the number (309) 262-9254 is in Shauntez Winters name with Christina Winters also on the account. This phone number is used by Christina Dickey (Winters) while Shauntez Winters uses the phone number of (309) 262-8600. The records for Dickey's phone show that she called Shauntez Winters twice during the early morning hours of 6-16-04. She received seven calls from Winters on the afternoon of 6-16-04, prior to the shooting. Fifteen calls were placed to, or received from Damoni Clemon during the afternoon and evening of 6-16-04, all after the shooting. She received one call from Winters' phone and placed four more calls to Winters' phone, during the evening of 6-16-04, when Winters was in custody.

On 7-1-04, I received the cell phone records from U.S. Cellular, pertaining to Shauntez Winters' cell phone. The records show that the number (309) 262-8600 is in Shauntez Winters' name. The records also show the calls to and from Dickey.

On 7-9-04, I received subscriber information from U.S. Cellular for several phone numbers that were identified from the previous records received. The phone number and corresponding subscriber are listed below.

(309) 242-1944 ------ Amanda Hodel, 406 East Monroe St., Bloomington
(309) 242-5637 ------ Aubrey Hursey, 1204 West Seminary, Bloomington
(309) 242-2810 ------ George Dorsey, 1919 Tracy Drive apt 7, Bloomington
(309) 242-6906 ------ Elizabeth Crabtree, 623 Orlando apt 108, Normal
(309) 242-7793 ------ Christy Patton, 924 West Front apt 6, Bloomington

On 7-13-04, I received subscriber information from Sprint PCS for several phone numbers that were identified from the previous records received. The phone number and corresponding subscriber are listed below.

(309) 287-6003 ------ Deborah Hursey, 1319 Mount Vernon Dr, Bloomington
(309) 310-1755 ------ Monica Poole, 901 East Walnut St, Bloomington
(309) 310-2039 ------ Tammy Jean Ward, PO box 3141, Bloomington
(309) 310-6369 ------ SR Jackson, 1006 West Grove St apt 1, Bloomington
(309) 310-6592 ------ David Cassell, 407 Leland St, Bloomington
(309) 310-6593 ------ Raphael Whitlow, 807 Livingston St, Normal

On 7-14-04, I received subscriber information from U.S. Cellular for several phone numbers that were identified from the previous records received. The phone number and corresponding subscriber are listed below.

(309) 262-5673 ------ Jason Tolan, 909 Roosevelt apt 1, Bloomington
(309) 232-9227 ------ Cholena Morris, 620 NE Adams apt 89, Peoria



34

(309) 262-9997 ------ Jerry Crowder, 708 North Lee apt 3, Bloomington
(309) 262-0361 ------ Tahnisha McDonald, 904 Turnberry Dr apt C, Bloomington
(309) 262-0817 ------ Vivan Warner, 1329 North Linden St, apt 3, Bloomington
(309) 262-0802 ------ Ramon Thomas, 603 West Monroe St apt B, Bloomington
(309) 262-5800 ------ George Dorsey, 1919 Tracy Dr apt 7, Bloomington

All of these records were placed into standard evidence locker #8.

This case is CLOSED BY THE ARREST OF DAMONI CLEMON.

35

Incident Narrative 19   04/14/2005   08:45

### Supplemental Reporting DETECTIVE MATTHEW DICK - BPD, ID # 6687

On 6-16-04, Damoni Clemon was arrested for Aggravated Discharge of a Firearm. This was in reference to an incident in the 900 block of West Grove with Shauntez Winters as the victim.

On 4-7-05, Damoni Clemon and his girlfriend, Monica Poole, were at the Bloomington Police Department in reference to a different investigation. While at the police department, Clemon and Poole consented to the search of their residence at 306 South Gridley, Bloomington and signed separate permission to search forms. The forms that they signed further gave officers permission to take from the premises, "any letters, papers, materials, or any other property or things which they desire as evidence for criminal prosecution in the case or cases under investigation." In addition to the consent to search by both Clemon and Poole, Detective Wheeler obtained a search warrant for 306 South Gridley. Among the listed items to be seized in the warrant, were "indicia of residency, including but not limited to male's clothing, documents belonging to Damoni Clemon, photographs which depict Damoni Clemon or indicate residency, lease agreements or other paperwork indicating residency."

A search was then conducted of 306 South Gridley. Among the items located was a manilla envelope addressed to Damoni Clemon. The return address on the envelope was for the public defender's office. Inside this envelope was paperwork pertaining to discovery for the incident on West Grove Street. Also included in this envelope were five sheets of notebook paper that appear to be a handwritten motion to dismiss and quash arrest. The motion appears to have been written or dictated by Clemon. In one paragraph of this motion, Clemon states that on 6-16-04, he went to an address with Christina Dickey. Clemon goes on to state that upon arrival, he is confronted by Shauntez Winters who was armed. Winters tries to take the gun off of safety so Clemon puts his car in reverse and drives away. Clemon then states that he saw that Winters had the gun off safety so Clemon started firing shots in the air over the car.

I later received a copy of the contents of this envelope from Detective Donath. I scanned the handwritten motion and have attached the images to this report. Also scanned and attached were copies of the permission to search forms and search warrant.

This case remains CLOSED BY THE ARREST OF DAMONI CLEMON.

34

McLean County INCIDENT IMAGE

EXH. B. + "H"

Reason for Quas Arrest

I Domoni Clemon Fear for my life and at each time I Report the Incident, Bloomington Police Department did nothing But kept let him call me ~~promiste~~ problems and left my life at ~~stake~~ and I went about everything By the law Until the last time when I really Seen him About to Take my life Right Before my own eyes.

He was still ~~after~~ on pearole At the time just like I Domoni Clemon Was. And If the Police was trying to help me they went have let him ~~tried~~ ~~three~~ two or three Time. Trully when they ~~see~~ say my name Domoni Clemon they Alway lock me up no matter what.

Exhibit "H"

Motion To Dismiss And Quas Arrest

On the Above Date 5-  -04 I Damoni Clemon
(Victim) Drove up In the 500 Block West
Mulberry and got out of the car When a
young man name (Bobby) call me Damoni
let me talk to you. At that time he had two
other people with him, his girlfriend (Shannon)
and Shauntez Winters. At that time Bobby
got to asking Damoni Clemon If they got Into
a fight do he think Shauntez Winters will
help him Damoni or me (Bobby) from that point
the fight have Broke out. Damoni was Fighting
And trying to get his car Keys. Damoni Clemon
money have fell to the ground $3000.00 and
they all three Rush him (Bobby, Shannon, Shau
ntez, which Shauntez grab the money and
they all left And Ran down the street In the
600 Block of mulberry and got In a Red
4 Door Chevy Caprice. Damoni Clemon (Victim)
then call 911 And waited (30min to a hour) for
them to Arrive And then made A Report
        which didnt nothing happen and
        they Both was on proDroLe at the Time

witness (Willinms Beard        (Shirley McLaurin
        507 W Mulberry St        512 W Mulberry
        Bloomington Il 61701

EXHIBIT "H"

A few weeks later Damoni Clemon (Victim) was coming down Allen going towards Market Street when (Shauntez Winters) seen (Victim) Damoni Clemon And call out a "G" a "mo" help me get this Nigger. At that time I was fight for my life and Beating Deathless By 12 to 13 people And crawl from the grass to the street were I climb over. In Back of a chevy pick Truck were the last thing I heard one of them say "mo" get the gun shot that Nigger (Damoni Clemon). I Damoni got drop off In the 500 Block of Mulberry crawl my way to the yard and layed there Until I got some straight and some how make It up stairs to 512 W Mulberry, Until I Recover, then got up and went to the Bloomington Police Department and made another Report. Which at that time was nothing did But pictures Being taking of me And all the Bruises And Suspects still sit free while on parole.

On the above Date 6-16-04 I Damon Clemon got a call from Christina Winters a.k.a Christine Dickey Asking me to take her to go get her clothes, Which I Damoni Clemon did not thinking nothing

EXHIBIT "H"

of It. when I arrive (Shaunter Winters) and
a man on a Bike was standing In the Alley
Right By the Build. I Damoni Clemon stop
Right at the Build other end from the Alley
Shaunter Winters ask me Damoni Clemon whats
up (money) I told him Nothing. At that time he
was standing Right at the Driver Door staring
hard at me with a semiautomatic hand gun
Still asking me whats up (money) I told him nothing
And Put the car In Reverse. while he kept Runing
on the side of me trying to take his gun off safety
But once I seen him take It of safety I started
fire shots In the Air over the car Away from
him and went home told my gielfriend as we
Both call the police. At that time Shaunter Winters
was standing Behind me yelling and waving
the gun again and the police still haunt come.
And once again my Report was still look over
And he was neve charge with any one of
them charges while on proBole.

Exhibit "H"

Witness: Monica Poue
901 E. Walnut
Bloomington IL 61701

Witness

William Beard          Witness
507 W Mulberry St      Shirley McLaurin
Bloomington IL 61201   612 W Mulberry St
                       Bloomington IL 61201


Witness
Christina Dickey       Krusounden Owners
208½ N Gridley         306 E Woods
Bloomington IL 61201   Bloomington IL 61701


Laurie Ware           Tommie Slayton
306 E Wood            504 W. Locust St
Bloomington IL 61701  Bloomington IL 61201

**McLean County INCIDENT IMAGE**

EXHIBIT "H"

## PERMISSION TO SEARCH

I, Damoni Clemmon                , have been informed

by Richard Barkes            who made proper identification as

(an) authorized law enforcement officer of the Bloomington Police Department of my

CONSTITUTIONAL RIGHT not to have a search of the premises and property owned by

me and/or under my care, custody and control, without a search warrant,

Knowing of my lawful right to refuse consent to such a search, I willingly give my

permission to the above named officer(s) to conduct a complete search of the premises and

property, including all buildings and vehicles, both inside and outside of the property located

at  306 South Gridley, Blm, IL

The above said officer(s) further have my permission to take from my premises and

property, any letters, papers, materials, to any other property or things which they desire as

evidence for criminal prosecution in the case or cases under investigation.

The written permission to search without a search warrant is given by me to the above

officer(s) voluntarily and without any threats or promises of any kind, at 11 20 A.M.

on this 7TH day of April 2005.

Signed Damoni Clemmon

Witness: M.C. Tol    
title: Detective

Witness: Paul Williams    
Title: Sgt.

EXHIBIT "H"

P E R M I S S I O N    T O    S E A R C H

I, __MONICA  POOLE__ , have been informed by
__DET. CLAY WHEELER__ and

who made proper identification as (an) authorized law enforcement officer(s) of the
__BLOOMINGTON  POLICE  DEPARTMENT__

of my CONSTITUTIONAL RIGHT not to have a search made of the premises and property

owned by me and/or under my care, custody and control, without a search warrant.

Knowing of my lawful right to refuse to consent to such a search, I willingly give

my permission to the above named officer(s) to conduct a complete search of the pre-

mises and property, including all buildings and vehicles, both inside and outside of

the property located at __306 S. GRIDLEY, Lower APT.__

The above said officer(s) further have my permission to take from my premises and

property, any letters, papers, materials or any other property or things which they

desire as evidence for criminal prosecution in the case or cases under investigation.

This written permission to search without a search warrant is given by me to the above

officer(s) voluntarily and without any threats or promises of any kind, at __9:06 A__.M.

on this __7TH__ day of __APRIL__ __2005__ 19__, at __BPD__ .

Signed _____

Witness: _____     Witness: _____
          BPD
Adress: _____     Address: _____

Phone: (H) __737-2594__ (B)_____     Phone: (H)_____ (B)_____

EXH. B. + "H"

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF MCLEAN

SEARCH WARRANT

TO ALL PEACE OFFICERS OF THE STATE:
On this date April 7, 2005 Detective Clay Wheeler has subscribed and sworn to a Complaint for Search Warrant before me. Upon examination of said Complaint, I find it states facts sufficient to establish probable cause for the issuance of a warrant to search the following described place, person or objects for the items listed.

I THEREFORE COMMAND THAT YOU SEARCH:

A. The entire premises of a residential structure located at 306 S. Gridley, Bloomington, McLean County, Illinois, including both upstairs and downstairs.

B.   AND, IF FOUND, SEIZE THE FOLLOWING:

Firearms, ammunition, cocaine, cannabis or any other controlled substance; U.S. currency in such a quantity and vicinity to which controlled substances or records or drug paraphernalia as to be a product of their sales or a means by which their sales are accomplished; drug paraphernalia; indicia of residency, including but not limited to male's clothing, documents belonging to Damoni Clemon, photographs which depict Damoni Clemon or indicate residency, lease agreements or other paperwork indicating residency.

ISSUED this 7th of April '45   a.m./p.m.

_____
Circuit Judge

**Incident Narrative 20     04/29/2005     12:16**

**Supplemental Reporting DETECTIVE DANIEL DONATH - BPD, ID # 5430**

On 04/29/05, I received a report from Forensic Scientist Robert Berk of the Illinois State Police Crime Lab in Chicago.  Following are the conclusions as outlined in Forensic Scientist Berk's report.

CONCLUSIONS:

Exhibit 1 indicates that Damoni K. Clemon may not have discharged a firearm with either hand.  If he did discharge a firearm, then the particles were removed by activity, were not deposited, or were not detected by the procedure.

Exhibit 2 indicates that Shauntez J. Winters may not have discharged a firearm with either hand.  If he did discharge a firearm, then the particles were removed by activity, were not deposited, or were not detected by the procedure.

Exhibit 3A indicates that the area of the vehicle sample with the "Right back" sample stub contacted a PGSR related item or was in the environment of a discharged firearm.

If determined to be probative, Exhibit 3B may be analyzed.



COPY

# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

RECEIVED

Rod R. Blagojevich
*Governor*

April 24, 2005

Larry G. Trent
MAY 0 2 2005 *Director*

STATES ATTORNEY'S OFFICE
McLEAN COUNTY

DET. T.L. WALTERS #4818
BLOOMINGTON POLICE DEPARTMENT
305 SOUTH EAST STREET
BLOOMINGTON IL 61701

Laboratory Case #M04-003564
Agency Case #200408171

OFFENSE:   Unlawful Use of a Weapon
SUSPECT:   Damoni Clemon
VICTIM:    Shauntez Winters

The following evidence was received by the Forensic Science Center at Chicago on August 30, 2004:

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | One (1) ISP SEM/GSR kit recovered from Damoni K. Clemon. | All samples in Exhibit 1 were examined by scanning electron microscopy. |
| 1A | One (1) SEM/GSR sample from the back of the right hand. | The test results for Exhibit 1A are listed with the test results for Exhibit 1B. |
| 1B | One (1) SEM/GSR sample from the back of the left hand. | Exhibits 1A and 1B contain particles characteristic of background samples. |
| 1C | One (1) kit control sample. | |
| 2 | One (1) ISP SEM/GSR kit recovered from Shauntez J. Winters. | All samples in Exhibit 2 were examined by scanning electron microscopy. |
| 2A | One (1) SEM/GSR sample from the back of the right hand. | The test results for Exhibit 2A are listed with the test results for Exhibit 2B. |
| 2B | One (1) SEM/GSR sample from the back of the left hand. | Exhibits 2A and 2B contain particles characteristic of background samples. |
| 2C | One (1) kit control sample. | |
| 3 | One (1) ISP SEM/GSR sample from the Chevrolet Caprice. | Exhibits 3A and 3C were examined by scanning electron microscopy. |
| 3A | One (1) SEM/GSR sample identified as "Right back". | Exhibit 3A contains unique and consistent PGSR particles. |