# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Damoni Clemon**  )  | **WRIT OF HABEAS CORPUS** |
| Plaintiff  ) | **AD TESTIFICANDUM** |
|  ) | |
| vs  ) | |
|  ) | **CASE NO. 06-3195** |
| **John Atteberry et al.,**  ) | |
| Defendants  ) | |

**TO: THE WARDEN of** Western Illinois Correctional Center at Mt. Sterling, Illinois:

**WE COMMAND** that you produce the body of **Damoni Clemon**, Register No. **K83753**, who is in your custody at Western Illinois Correctional Center, Mt. Sterling, Illinois before the United States District Court on **Wednesday, September 20, 2006 at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the Honorable Harold A. Baker by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: September 14, 2006

                                                 s/John M. Waters
                                                JOHN M. WATERS, CLERK
                                                UNITED STATES DISTRICT COURT

                                                BY: s/M. Stewart
                                                      Deputy Clerk

06-3190telephonewrit.wpd