U.S. District Court
Central District Illinois
151 U.S. Courthouse
600 E Monroe St
Springfield Ill 62701

FILED
OCT 19 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Damoni Clemon K83753 Amended Complaint of Combining 06CV3190 and 06CV3195

Dear Clerk,

Enclosed are my Amended Complaints combining the two complaints captioned above by the 9/20/06 order of Judge Harold A Baker, copy attached.

Amended Complaint is due in court on or before 10-25-06 and Plaintiff would appreciate a stamped copy acknowledgement for his file

Respectfully
Damon Clemon #K83753

Dated: 10-17-06

Damoni Clemon
K83753 WICC
RR4 Box 196
Mt Sterling Ill
62353