1-16-07

Dear,

United State District Court Clerk My Name ss Domoni Clemon, My Reason for This letter Is to ask whats going on with my Minute Entry for proceeding held Before Judge Harold A. Bakee merit Review Hearing held on Case's 3:06-CV-3190 Clemon V. FNU Sandees et al. And 3:06-CV-3195 Clemon V. Atteberry.

Thank you

Domoni Clemon #K83753
B.R. 4 Box 196
Mount Sterling IL 62353

FILED
JAN 2 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS