AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DAMONI CLEMON**

vs.  Case Number: **06-3195**

**JOHN ATTEBETTY, et al.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XXX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  pursuant to an order entered by the Honorable Harold A Baker: This cause of action is dismissed without prejudice.-------------------------------------------------------------------

ENTER this 21st  day of February, 2007

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK